UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

John Burks,

      Plaintiff,

v.                                       E. D. Case No. 20-CV-782

Officer Jason Tate, Officer Matthew
Wierzchowski, Chief Alfonso Morales,
Officer Ross Lautenbach, Milwaukee Police
Department, Mayor Tom Barrett, City of
Milwaukee, all individuals being sued in
Their individual and official capacity,

      Defendants.

---

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

---

PLEASE TAKE NOTICE that Todd Farris, Deputy City Attorney, and Yolanda Y. McGowan, Deputy City Attorney, hereby appears as counsel for the defendant, defendants, City of Milwaukee, et al,. and substitutes for Assistant City Attorney Heather H. Hough. Attorney Hough will no longer be the attorney of record in the above-captioned case, and her name may be removed from the court's efiling distribution list.

Dated at Milwaukee, Wisconsin this 6th day of April 2022.

                                                TEARMAN SPENCER
                                                City Attorney

                                                s/Heather H. Hough
P.O. ADDRESS:                  HEATHER H. HOUGH
Suite 800                           Assistant City Attorney
200 East Wells Street           State Bar No. 01092637
Milwaukee, WI 53202
(414) 286-2601
Fax: (414) 286-8550           1032-2020-904:279525