UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN BURKS,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

   v.                                 Case No. 20-cv-782-pp

JASON TATE, MATTHEW J. WIERZCHOWSKI,
ROSS LAUTENBACH, ALFONSO MORALES,
MILWAUKEE POLICE DEPARTMENT,
TOM BARRETT, CITY OF MILWAUKEE
and MILWAUKEE POLICE AND FIRE COMMISSION,

       Defendants.

---

☑    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☐    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of defendants Tate, Wierzchowski and Lautenbach and against the plaintiff on the plaintiff's claim that the defendants conducted an unreasonable search and seizure of his property.

    **THE JURY RETURNED A VERDICT** in favor of defendants Tate, Wierzchowski and Lautenbach. The remaining defendants were previously dismissed. There was no award of damages or fees to the plaintiff.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 8th day of May, 2024.

GINA M. COLLETTI
Clerk of Court

**BY THE COURT:**

s/ *Cary Biskupic*
(by) Deputy Clerk

**HON. PAMELA PEPPER**
**Chief United States District Judge**